# EXHIBIT B



# Fast Funding With No Prepayment Penalties!

Fast funding, exceptional 24/7 service, Brilliant Rewards, and no prepayment penalty fees. Get started now!

First Name          Last Name

Email Address

Loan Amount

Apply Now

CHAT WITH US

## Excellent



Based on 956 reviews



# How Can We Make Your Day Better?

   

**Fast Funding**

We can typically deposit funds into your account as soon as the next business day.*

**24/7 Customer Support**

Our friendly and professional Client Services Team is available 24 hours a day.

**Penalty-Free Prepayments**

Save money on interest and skip prepayment penalties with an early payoff.

**Brilliant Rewards**

Customers receive Brilliant Rewards Points they can exchange for national brand gift cards or principal paydown.

Get Started



# Funding in Four Simple Steps

**1** **Apply Online**
Complete our simple online application within minutes.

**2** **Verify Your Information**
Verify your information online or over the phone at 844-941-0035.

**3** **E-Sign Your Loan Documents**
Carefully review and e-sign your online loan documents.

**4** **Receive Your Funds**
We'll deposit funds directly into your bank account.

# Who We Are

Fineday wants to provide a positive lending experience by ensuring you receive your funds as quickly as possible. In most cases, we can have funds delivered to your account the business day after your application has been processed and approved.* We also want to make sure you're aware of your options when it comes to saving money on your loan. Paying your loan off early can significantly reduce the overall cost of your loan, and you won't incur any prepayment penalty fees. If you need any support during the application or repayment process, our exceptional Client Services Team is available 24/7.

**$0**
Prepayment Fees

**24hr**
Express Funding

**24/7**
Customer Service

# Fineday Funds Online Resources

Use the links below to access your account information, apply for a new loan, manage your Brilliant Rewards, and learn more about Fineday Funds and financial management.



### Account Login

Log in to your account to review and e-sign loan documents, make payments, or apply for a new loan as an existing customer.



### Apply for a Loan

Click here to fill out our easy online application as a new customer.



### Rewards

Review your Brilliant Rewards points balance and trade in your points for gift certificates or for principal paydown.



### Contact

Contact our friendly and professional Client Services Team via phone, chat, email, web message, or mail.



### FAQ

Answers to the most frequently asked questions can be found here. Please feel free to contact us with additional questions.



### Resources

Find personal finance articles on topics like improving your credit score and saving money on your loan.

# No matter what kind of day you're having, Fineday can help.



Medical Expenses



Home Repairs



Rent/ Mortgage



Unexpected Travel



Automobile Repairs



Utility
Bills

Apply Now



Eagle Lending, LLC dba Fineday Funds is a commercial enterprise and instrumentality of the Menominee Indian Tribe of Wisconsin, a federally recognized sovereign Indian nation (the "Tribe"), which abides by the principles of federal consumer finance laws, as incorporated by the Tribe, and operates within the interior boundaries of the Menominee Indian Reservation, WI. Eagle Lending, LLC dba Fineday Funds is chartered under and operates pursuant to Tribal law. Nothing in this communication should be construed as a waiver of sovereign immunity, which is expressly reserved.

Loans from Fineday Funds are governed by Tribal law, applicable federal law, and the terms and conditions of your loan agreement, not the laws of your resident state. Fineday Funds does not lend to residents of AR, CT, DC, IL, ME, NM (NM Exemption: Returning Customers), NY, PA, VA, VT, WI and WV. Any offers of credit are subject to underwriting and verification processes and cannot be transferred to another party.

You acknowledge that by submitting a completed Fineday Funds application, you are applying for a loan. For your application to be approved, you must meet minimum credit criteria established by Fineday Funds, be able to enter a legally binding contract, and meet the requirements listed on Finedayfunds.com. Applicants are required to verify application information through our secure online process or by speaking with an agent. Credit histories may be verified

## Quick Links

About Us
Account
FAQ
Rates
Resources
Reviews
Rewards
Contact
Privacy Policy
Terms & Conditions
License



through national database services. Visit Finedayfunds.com for applicable rates and frequently asked questions. Complete disclosure of APR, fees and payment terms are provided within the Loan Agreement.

This is an expensive form of borrowing. Fineday Funds loans are designed to meet your short-term borrowing needs and are not intended to be a long-term financial solution. Fineday Funds does not charge any penalties for paying your loan off early, and we encourage you to do so as soon as your finances allow.

\* Priority Funding Disclaimer: Priority Funding may be limited by funding time frames and cut-off times. Applications processed and approved before 6 p.m. CST Monday – Friday are typically funded on the next business day. If you require funds the current business day, you can request a Special Services Transfer up to 3 p.m. CST Monday – Friday by calling 844-941-0035. For loans processed on weekends or bank holidays, you will receive the Special Services Transfer the next business day. Please verify with your bank as additional incoming fees may be assessed.



 **Call Us** 844-941-0035

 **Email Us** Customerservice@Finedayfunds.com

 **Mail Us** P.O. Box 457, Keshena, WI 54135

Copyright © 2023 Fineday Funds. All rights reserved



# Know the Cost of Your Short-Term Loan

## The Cost of Your Short-Term Installment Loan

Details of your payment amounts, payment dates, APR, and specific fee information, including any applicable fees for late payments and NSF/returned items, are included in your loan agreement. You can review and download copies of your documents at any time during the life of your loan by logging in to your account here. You should always carefully review your loan documents before signing. Call our Client Services Team if you have any questions or concerns: 844-941-0035.

CHAT WITH US

## Take advantage of our Penalty-Free Early Payoff Policy!

To keep the cost of your loan as low as possible, borrow only the minimum amount needed to cover the cost of your emergency expense, and pay off your loan as soon as your finances allow. Fineday does not charge any prepayment penalty fees. To make a payment toward your principal or to pay off the balance in full, log in to your account and select "Payment Options," or call us at 844-941-0035 at least three days before your intended payment date to allow time for processing.

## How to save money on your loan

- ✓ Borrow only the minimum amount needed.

- ✓ Make extra payments toward your principal.

- ✓ Pay off your entire balance early.

# Interest Rates on Loans

Interest rate is the percentage of the principal of a loan a lender charges a borrower to make the loan. Finance charges are a broader measure of the cost of borrowing that include both interest and any applicable fees. Annual percentage rate, or APR, expresses the finance charges on a loan as a yearly rate. Finance charges are based on a consumer's creditworthiness. A consumer's creditworthiness is determined by several factors, including credit and payment history, income, employment, existing debt, and types of debt. The APR for your loan will be determined by

the amount you choose to borrow and the length of time you choose to keep your loan outstanding. You can reduce the total cost of your loan by paying off your loan prior to your last due date on your payment schedule or by making additional payments on or between your payment due dates.

The copy of your loan details, finance charges and APR will be fully disclosed to you in your loan agreement upon approval of your loan. Contact us today to see if you qualify for one of our loans. We can assist you and present a range of loan options for which you may qualify.* Our company adheres to all federal laws and regulations that apply to short-term and online personal lending industries.

Our company does not discriminate against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age, because all or part of an applicant's income derives from any public assistance program, or because an applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Please note: This is an expensive form of borrowing, and it is not intended to be a long-term financial solution. These loans are designed to assist you in meeting your short-term financial needs and are not intended to be a long-term financial solution.

*All loans are subject to credit approval.

$ Apply now and get funded as early as the next business day*    Apply Now

# Funding Timeframes

Fineday can typically have funds delivered to your bank account the business day after your application has been processed and approved, as long as you meet the cut-off time of 6:00 p.m. CST Monday-Friday. This includes verifying your application details and e-signing your online loan documents.

If you require funds the current business day, you can request a Special Services Transfer up to 3:00 p.m. CST Monday - Friday by calling 844-941-0035. For loans processed on weekends or bank holidays, you will receive the Special Services Transfer the next business day. Please verify with your bank as additional incoming fees may be assessed.

To ensure your funding is delivered as quickly as possible, look for and respond to your confirmation email in a timely manner, as it contains your username and password. If you don't see your confirmation email, check your spam folder.

If you are still unable to locate the email, call Client Services at 844-941-0035 for assistance.

# Late/NSF Fees

You will be charged a $30 late fee for any payment that is late three or more days. If any payment is returned due to insufficient funds or not honored by your financial institution for any reason, you will be charged a $30 NSF fee.



## Quick Links

About Us
Account
FAQ
Rates
Resources
Reviews
Rewards
Contact
Privacy Policy
Terms & Conditions
License

Eagle Lending, LLC dba Fineday Funds is a commercial enterprise and instrumentality of the Menominee Indian Tribe of Wisconsin, a federally recognized sovereign Indian nation (the "Tribe"), which abides by the principles of federal consumer finance laws, as incorporated by the Tribe, and operates within the interior boundaries of the Menominee Indian Reservation, WI. Eagle Lending, LLC dba Fineday Funds is chartered under and operates pursuant to Tribal law. Nothing in this communication should be construed as a waiver of sovereign immunity, which is expressly reserved.

Loans from Fineday Funds are governed by Tribal law, applicable federal law, and the terms and conditions of your loan agreement, not the laws of your resident state. Fineday Funds does not lend to residents of AR, CT, DC, IL, ME, NM (NM Exemption: Returning Customers), NY, PA, VA, VT, WI and WV. Any offers of credit are subject to underwriting and verification processes and cannot be transferred to another party.



You acknowledge that by submitting a completed Fineday Funds application, you are applying for a loan. For your application to be approved, you must meet minimum credit criteria established by Fineday Funds, be able to enter a legally binding contract, and meet the requirements listed on Finedayfunds.com. Applicants are required to verify application information through our secure online process or by speaking with an agent. Credit histories may be verified through national database services. Visit Finedayfunds.com for applicable rates



and frequently asked questions. Complete disclosure of APR, fees and payment terms are provided within the Loan Agreement.

This is an expensive form of borrowing. Fineday Funds loans are designed to meet your short-term borrowing needs and are not intended to be a long-term financial solution. Fineday Funds does not charge any penalties for paying your loan off early, and we encourage you to do so as soon as your finances allow.

* Priority Funding Disclaimer: Priority Funding may be limited by funding time frames and cut-off times. Applications processed and approved before 6 p.m. CST Monday – Friday are typically funded on the next business day. If you require funds the current business day, you can request a Special Services Transfer up to 3 p.m. CST Monday – Friday by calling 844-941-0035. For loans processed on weekends or bank holidays, you will receive the Special Services Transfer the next business day. Please verify with your bank as additional incoming fees may be assessed.

 **Call Us**
844-941-0035

 **Email Us**
Customerservice@Finedayfunds.com

 **Mail Us**
P.O. Box 457,
Keshena, WI 54135

Copyright © 2023 Fineday Funds. All rights reserved



# Let's Have a Chat Today!

## Contact Fineday

If you need assistance with an application, have questions about your account, or would like help paying off your loan early, our friendly and professional Client Services Team is available 24 hours a day. If you have a general question, please take a moment to visit our FAQ page.

  

## Phone

**Customer Service:**
844-941-0035
**Past-Due Payments:** 855-431-1444

## Online Chat

Use our online chat feature to receive 24-hour, real-time assistance from our Client Services Team.

## Email

Use the address below to email us your contact information and details about your question or concern. We'll respond within one business day.
CustomerService@Finedayfunds.com



## Mail

Fineday Funds
P.O. Box 457
Keshena, WI 54135



## Hotline

**OLA** - Please call the Online Lenders Alliance Consumer Hotline at 866-299-7585.
**Tribal Hotline** - If you have already contacted Client Services and still need additional assistance, please call 800-234-1915 between 9:00 a.m and 5:00 p.m. CST.



## FAQ

You can find answers to general questions about applying for, receiving and repaying a loan from Fineday on our Frequently Asked Questions page.



Eagle Lending, LLC dba Fineday Funds is a commercial enterprise and instrumentality of the Menominee Indian Tribe of Wisconsin, a federally recognized sovereign Indian nation (the "Tribe"), which abides by the principles of federal consumer finance laws, as incorporated by the Tribe, and operates within the interior boundaries of the Menominee Indian Reservation, WI. Eagle Lending, LLC dba Fineday Funds is chartered under and operates pursuant to Tribal law. Nothing in this communication should be construed as a waiver of sovereign immunity, which is expressly reserved.

Loans from Fineday Funds are governed by Tribal law, applicable federal law, and the terms and conditions of your loan agreement, not the laws of your resident state. Fineday Funds does not lend to residents of AR, CT, DC, IL, ME, NM (NM Exemption: Returning Customers), NY, PA, VA, VT, WI and WV. Any offers of credit are subject to underwriting and verification processes and cannot be transferred to another party.

You acknowledge that by submitting a completed Fineday Funds application, you are applying for a loan. For your application to be approved, you must meet minimum credit criteria established by Fineday Funds, be able to enter a legally binding contract, and meet the requirements listed on Finedayfunds.com. Applicants are required to verify application information through our secure online process or by speaking with an agent. Credit histories may be verified through national database services. Visit Finedayfunds.com for applicable rates and frequently asked questions. Complete disclosure of APR, fees and payment terms are provided within the Loan Agreement.

This is an expensive form of borrowing. Fineday Funds loans are designed to meet your short-term borrowing needs and are not intended to be a long-term financial solution. Fineday Funds does not charge any penalties for paying your loan off early, and we encourage you to do so as soon as your finances allow.

* Priority Funding Disclaimer: Priority Funding may be limited by funding time frames and cut-off times. Applications processed and approved before 6 p.m. CST Monday – Friday are typically funded on the next business day. If you require funds the current business day, you can request a Special Services

## Quick Links

About Us
Account
FAQ
Rates
Resources
Reviews
Rewards
Contact
Privacy Policy
Terms & Conditions
License





Contact Our Client Services 24/7 | Fineday

Transfer up to 3 p.m. CST Monday – Friday by calling 844-941-0035. For loans processed on weekends or bank holidays, you will receive the Special Services Transfer the next business day. Please verify with your bank as additional incoming fees may be assessed.



**Call Us**

844-941-0035



**Email Us**

Customerservice@Finedayfunds.com



**Mail Us**

P.O. Box 457,
Keshena, WI 54135

Copyright © 2023 Fineday Funds. All rights reserved