# **EXHIBIT C**



# finedayfunds.com

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | finedayfunds.com |
| Registrar: | Amazon Registrar, Inc. |
| Registered On: | 2021-02-08 |
| Expires On: | 2024-02-08 |
| Updated On: | 2023-01-05 |
| Status: | clientDeleteProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns-1341.awsdns-39.org<br>ns-1889.awsdns-44.co.uk<br>ns-432.awsdns-54.com<br>ns-669.awsdns-19.net |

## Registrant Contact

| | |
|---|---|
| Name: | On behalf of finedayfunds.com owner |
| Organization: | Identity Protection Service |
| Street: | PO Box 786 |
| City: | Hayes |
| State: | Middlesex |
| Postal Code: | UB3 9TR |
| Country: | GB |
| Phone: | +44.1483307527 |
| Fax: | +44.1483304031 |
| Email: | fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org |

## Administrative Contact

| | |
|---|---|
| Name: | On behalf of finedayfunds.com owner |
| Organization: | Identity Protection Service |
| Street: | PO Box 786 |
| City: | Hayes |
| State: | Middlesex |

Interested in similar domains?

finedayfund.com — Buy Now
finedaysfunds.com — Buy Now
justfinedayfunds.com — Buy Now
finedayfundstoday.com — Buy Now
finedayfunds.net — Buy Now
finedayfunding.com — Buy Now

.space $24.88 $0.88
BUY NOW
*Offer ends 28th February 2023

On Sale!



.CLUB @ $6.88 $20.48



| | |
|---|---|
| Postal Code: | UB3 9TR |
| Country: | GB |
| Phone: | +44.1483307527 |
| Fax: | +44.1483304031 |
| Email: | fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org |

### Technical Contact

| | |
|---|---|
| Name: | On behalf of finedayfunds.com owner |
| Organization: | Identity Protection Service |
| Street: | PO Box 786 |
| City: | Hayes |
| State: | Middlesex |
| Postal Code: | UB3 9TR |
| Country: | GB |
| Phone: | +44.1483307527 |
| Fax: | +44.1483304031 |
| Email: | fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org |

### Raw Whois Data

```
Domain Name: finedayfunds.com
Registry Domain ID: 2590042185_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.registrar.amazon.com
Registrar URL: https://registrar.amazon.com
Updated Date: 2023-01-05T00:28:27Z
Creation Date: 2021-02-08T17:13:40Z
Registrar Registration Expiration Date: 2024-02-08T17:13:40Z
Registrar: Amazon Registrar, Inc.
Registrar IANA ID: 468
Registrar Abuse Contact Email: abuse@amazonaws.com
Registrar Abuse Contact Phone: +1.2067406200
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: On behalf of finedayfunds.com owner
Registrant Organization: Identity Protection Service
Registrant Street: PO Box 786
Registrant City: Hayes
Registrant State/Province: Middlesex
Registrant Postal Code: UB3 9TR
Registrant Country: GB
Registrant Phone: +44.1483307527
Registrant Phone Ext:
Registrant Fax: +44.1483304031
Registrant Fax Ext:
Registrant Email: fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org
Registry Admin ID: Not Available From Registry
Admin Name: On behalf of finedayfunds.com owner
Admin Organization: Identity Protection Service
Admin Street: PO Box 786
Admin City: Hayes
Admin State/Province: Middlesex
Admin Postal Code: UB3 9TR
Admin Country: GB
Admin Phone: +44.1483307527
Admin Phone Ext:
```

whois finedayfunds.com

```
Admin Fax: +44.1483304031
Admin Fax Ext:
Admin Email: fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org
Registry Tech ID: Not Available From Registry
Tech Name: On behalf of finedayfunds.com owner
Tech Organization: Identity Protection Service
Tech Street: PO Box 786
Tech City: Hayes
Tech State/Province: Middlesex
Tech Postal Code: UB3 9TR
Tech Country: GB
Tech Phone: +44.1483307527
Tech Phone Ext:
Tech Fax: +44.1483304031
Tech Fax Ext:
Tech Email: fd74dcf7-68a9-47b7-b059-6155c6e2b52a@identity-protect.org
Name Server: NS-669.AWSDNS-19.NET
Name Server: NS-432.AWSDNS-54.COM
Name Server: NS-1889.AWSDNS-44.CO.UK
Name Server: NS-1341.AWSDNS-39.ORG
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-02-08T14:39:10Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

By submitting a query to the Amazon Registrar, Inc. WHOIS database, you
agree to abide by the following terms. The data in Amazon Registrar, Inc.'s
WHOIS database is provided by Amazon Registrar, Inc. for the sole purpose of
assisting you in obtaining information about domain name accuracy. You agree
to use this data only for lawful purposes and further agree not to use this
data for any unlawful purpose or to: (1) enable, allow, or otherwise support
the transmission by email, telephone, or facsimile of commercial advertising
or unsolicited bulk email, or (2) enable high volume, automated, electronic
processes to collect or compile this data for any purpose, including mining
this data for your own personal or commercial purposes. Amazon Registrar, Inc.
reserves the right to restrict or terminate your access to the data if you fail
to abide by these terms of use. Amazon Registrar, Inc. reserves the right
to modify these terms at any time.

Visit Amazon Registrar, Inc. at https://registrar.amazon.com

Contact information available here:
https://docs.aws.amazon.com/Route53/latest/DeveloperGuide/domain-contact-support.ht

© 2020, Amazon.com, Inc., or its affiliates
```

## related domain names

amazon.com   amazonaws.com   icann.org   awsdns-39.org   awsdns-44.co.uk   awsdns-54.com   awsdns-19.net   identity-protect.org   internic.net



Whois
Identity for everyone

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login   or   Create an Account

Follow Us

### Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder

### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support
View Knowledge Base
Contact Support

Whois finedayfunds.com

Business Email

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Report Abuse

About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy