# **EXHIBIT D**

 🔍

Home    My Network    Jobs    Messaging    Notifications    Me ▼    Work ▼    Network S    Try Premiu



# Crystal Chapman-Chevalier · 3rd

CEO Wolf River Development

-  Wolf River Development Co
- P   University of Wisconsin-Platteville

Keshena, Wisconsin, United States · Contact info

201 connections

( 🔒 Message )   ( + Follow )   ( More )

## Activity

203 followers

**Crystal hasn't posted lately**

Crystal's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Chief Executive Officer**
Wolf River Development Co · Full-time
Jun 2022 - Present · 9 mos
Keshena, Wisconsin, United States

 **Menominee Indian Tribe of Wisconsin**
6 yrs 6 mos

**Executive Director**
Full-time
Oct 2021 - Jun 2022 · 9 mos

**Community Development Director**
Jan 2016 - Oct 2021 · 5 yrs 10 mos
Keshena, WI

**Menominee Tribal Legislature- Vice Chairwoman**
Menominee Indian Tribe of Wisconsin
Feb 2013 - Feb 2019 · 6 yrs 1 mo
Menominee Nation

 **Menominee Indian Gaming Authority- Chairwoman**
Menominee Casino Resort
Feb 2013 - Feb 2019 · 6 yrs 1 mo
Keshena, WI

(31) Crystal Chapman-Chevalier | LinkedIn


**4-H Youth Development Educator**
University of Wisconsin-Extension
Jun 2010 - Jan 2016 · 5 yrs 8 mos
Menominee County/Nation

## Education


**University of Wisconsin-Platteville**
Master's of Science (M.S.), Organizational Change Leadership
2015 - 2022


**University of Wisconsin-Green Bay**
Bachelor of Science (B.S.), Environmental Policy and Planning
2009 - 2010

**College of Menominee Nation**
Associate of Arts and Sciences (AAS), Sustainable Development
2005 - 2007

Show all 4 education →

## Skills

**Student Affairs**

 Endorsed by 6 colleagues at Menominee Indian Tribe of Wisconsin

 17 endorsements

**Fundraising**

 Endorsed by 6 colleagues at Menominee Indian Tribe of Wisconsin

 15 endorsements

**Leadership Development**

 Endorsed by Ben Sherman who is highly skilled at this

 Endorsed by 3 colleagues at Menominee Indian Tribe of Wisconsin

 12 endorsements

Show all 19 skills →

## Interests

Companies    Groups    Schools


**University of Wisconsin-Green Bay**
35,026 followers
( + Follow )


**Menominee Casino Resort**
426 followers
( + Follow )

Show all 7 companies →