# EXHIBIT F

**WOLF RIVER**
DEVELOPMENT COMPANY

# Portfolio Support Agent

## Four Directions Lending LLC

| Second Posting – Open to the general public. | |
|---|---|
| Closing Date: August 18, 2021 | Minimum Pay Rate: $12.00 |
| Grade: 5 Non-Exempt | Status: Floater/Part-Time | Created: 11/21/2019 |

### General Overview of Job:

Under the general supervision of the Operations Supervisor, the purpose of the position is to provide support services to our portfolios by reviewing loan applications/placing and/or receiving customer calls. The contact support role is a fast-paced, high volume and essential to the overall service we provide to our portfolios.

### Essential Functions:

- Receive inbound applications and/or place outbound calls to applicants and customers
- Review and verify customer account information
- Interact with customers to establish and maintain high quality customer service
- Assist customers with inquiries, concerns, and request regarding accounts/loans
- Develop and communicate efforts to recover capital asset on default accounts
- Meet quality assurance, compliance, and other performance metrics
- Meeting minimum performance and attendance expectations/quotas
- Perform related duties as directed

### Minimum Qualifications:

High school diploma, G.E.D or equivalent required. One (1) year experience in customer service required; experience in a call center or equivalent role preferred. MS Windows and Office 2016 or higher preferred.



## Special Requirements:

Candidate selected for hire must pass a drug test and employment will be contingent based on the results of said test.
Strong dependability and work ethic
Superior written and verbal communication skills
Effective time-management and organization skills
Ability to operate calmly in a fast-paced environment
Ability to work well under pressure
Ability to navigate multiple desktop/web applications
Ability to work and collaborate in a team environment
Acute attention to detail

## Performance Aptitudes:

**Data Utilization:** Requires the ability to perform basic level of data analysis including the ability to review, classify, categorize, prioritize, and/or reference data, statues, and or/guidelines and/or group, rank, investigate and diagnose. Requires discretion in determining and referencing such to established standards to recognize interactive effects and relationships.

**Human Interaction:** Requires the ability to exchange information for the purpose of obtaining information or clarifying details. Explains, demonstrates, shows, helps and orients within well-established policies and standards.

**Equipment. Machinery, Tools, and Materials Utilization:** Requires the ability to operate, maneuver and/or provide simple but continuous adjustment on equipment, machinery, tools and/or materials used in performing essential functions.

**Verbal Aptitude:** Requires the ability to utilize a wide variety of reference and descriptive data and information.

**Mathematical Aptitude:** Requires the ability to perform addition, subtraction, multiplication, and division.

**Functional Reasoning:** Requires the ability to carry out instructions furnished in written, oral, or diagrammatic form. Involves semi-routine standardized work with some latitude for independent judgement concerning choices of action.

**Situational Reasoning:** Requires applying judgement, decisiveness, and creativity in dealing with situations involving the evaluation of information against measurable criteria.



**WOLF RIVER** DEVELOPMENT COMPANY

**Behavior Expectations:**

Must be able to work in a properly collegial relationship with co-workers. Must be able to interact with other departments in a spirit of compromise. Must be able to take on additional responsibilities in a spirit of cooperation and teamwork. Must be able to maintain an atmosphere of trust, fairness, and respect and be mutually supportive with co-workers. Must be able to maintain strict confidentiality.

# * Applications can be obtained by emailing HR@wolfriverdev.com or by calling WRDC Administrative Offices at (715)-230-3728 *