**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Indiana**
**Indianapolis Division**

NOTICE

**Federal Rule of Civil Procedure 7.1** requires the following <u>upon case filing or first appearance</u>:

- **A nongovernmental corporate party or intervenor** must file a corporate disclosure statement.
- **Each party or intervenor in a case based on diversity jurisdiction** must file a statement naming and identifying the citizenship of that party or intervenor. Determining citizenship can be complex and may require you to research, among other things, the nature of the entity, the entity's location of incorporation and principal place of business, and the citizenship of members of unincorporated associations.

**Rule 7.1. Disclosure Statement**

1. **Who Must File; Contents.**
   1. *Nongovernmental Corporations*. A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that:
      1. identifies any corporation and any publicly held corporation owning 10% or more of its stock; or
      2. states that there is no such corporation.
   2. *Parties or Intervenors in a Diversity Case*. In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name–and identify the citizenship of–every individual or entity whose citizenship is attributed to that party or intervenor:
      1. when the action is filed in or removed to federal court, and
      2. when any later event occurs that could affect the court's jurisdiction under §1332(a).
2. **Time to File; Supplemental Filing.** A party, intervenor, or proposed intervenor must:
   1. file the disclosures statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   2. promptly file a supplemental statement if any required information changes.

Your timely and strict compliance with Rule 7.1 is expected. Thank you.

s/Roger A. G. Sharpe<br>
Roger A. G. Sharpe, Clerk<br>
United States District Court<br>
Southern District of Indiana