UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEANNIE KEARBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00472-JRS-KMB |
| | ) |
| EAGLE LENDING, LLC D/B/A/ FINEDAY FUNDS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

Plaintiff filed Returns of Service on April 19, 2023, stating that Defendants Eagle Lending, LLC D/B/A Fineday Funds and Wolf River Development Company were served on March 27, 2023. [Dkts. 8; 9.] On May 4, 2023, Plaintiff also filed an executed Waiver of Service for Defendant Crystal Chapman-Chevalier. [Dkt. 10.] None of the Defendants have appeared or filed any response(s) to the Complaint. The Plaintiff has done nothing apparent on the Court's docket to prosecute this case, which causes the Court to question whether it is moving forward.

The Plaintiff is ordered to show cause, in a writing filed with this court no later than **July 19, 2023,** why this case should not be dismissed without prejudice for failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *see also GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-1199 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial

judges have a responsibility to litigants to keep their court calendars as current as humanly possible." (quotation omitted)).

**So ORDERED.**

Date: 7/11/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email