# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JEANNIE KEARBY, ) | |
| on behalf of Plaintiff and the class members ) | |
| described below, ) | Case No.: 1:23-cv-00472-JRS-KMB |
| ) | |
| Plaintiff, ) | Judge James R. Sweeney II |
| ) | Magistrate Judge Kellie M. Barr |
| vs. ) | |
| ) | |
| EAGLE LENDING, LLC d/b/a ) | |
| FINEDAY FUNDS; ) | |
| CRYSTAL CHAPMAN-CHEVALIER; ) | |
| WOLF RIVER DEVELOPMENT COMPANY; ) | DEMAND FOR TRIAL BY JURY |
| and JOHN DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff Jeannie Kearby ("Plaintiff") respectfully submits this Response to the Court's July 12, 2023 Order to Show Cause (Dkt. 11), and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

1. On July 12, 2023, the Court, noting that Plaintiff has done nothing apparent to prosecute this case, ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. *See* Dkt. 11.

2. Plaintiff and Defendants Eagle Lending, LLC d/b/a/ Fineday Funds, Crystal Chapman-Chevalier, and Wolf River Development Company ("Defendants") have reached an agreement to settle this matter. To that end, the parties have negotiated a written settlement agreement and are in the process of exchanging consideration. Plaintiff apologizes that she did not inform the Court that a settlement had been reached.

3. Plaintiff anticipates that the parties' settlement will be consummated within the next thirty days. As soon as the parties' settlement is consummated, Plaintiff shall promptly file a notice of dismissal.

In light of the foregoing, Plaintiff respectfully requests that the Court permit the parties to exchange consideration consistent with their agreement, and not dismiss this action.

                                          Respectfully submitted,

                                          */s/Matthew J. Goldstein*
                                          Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Wednesday, July 12, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the foregoing document to the following:

>Patrick McAndrews
>Spencer Fane LLP
>pmcandrews@spencerfane.com
>
>*Counsel for Defendants*

                                                                           /s/Matthew J. Goldstein
                                                                            Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
       **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com