Acknowledged. JRS, DJ, 8/8/2023. Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEANNIE KEARBY, on behalf of Plaintiff and the class members described below, | ) ) ) ) |
| Plaintiff, | ) Case No.: 1:23-cv-00472-JRS-KMB ) ) Judge James R. Sweeney II ) Magistrate Judge Kellie M. Barr |
| vs. | ) ) |
| EAGLE LENDING, LLC d/b/a FINEDAY FUNDS; CRYSTAL CHAPMAN-CHEVALIER; WOLF RIVER DEVELOPMENT COMPANY; and JOHN DOES 1-20, | ) ) ) ) DEMAND FOR TRIAL BY JURY ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jeannie Kearby ("Plaintiff") voluntarily dismisses her claims against Defendants Eagle Lending, LLC d/b/a/ Fineday Funds, Crystal Chapman-Chevalier, and Wolf River Development Company ("Defendants") with prejudice, with each party to bear its own costs and fees. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear its own costs and fees.

DATED: August 7, 2023                    Respectfully submitted,

                                         /s/Matthew J. Goldstein
                                         Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com

1

hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com